IN THE CIRCUIT COURT OF ELMORE COUNTY
WETUMPKA                                    ALABAMA

GREGORY KLEE PRO. SE                        CIVIL ACTION NO. ____
RECEIVED
    PLAINTIFF
                 2007 JUL 27 A 10:31        2:07cv683-ID
VS.
              DEBRA P. HACKETT, CL.
              U.S. DISTRICT COURT
NURSE JONES, individually and in her
    official capacity as a nurse for
    Prison Health Service, Inc.
            DEFENDANTS

NURSE WELL, individually and in her
    official capacity as a nurse for
    Prison Health Service, Inc.
            DEFENDANTS

DOCTOR COBBLER, individually and in his
    official capacity as a doctor for
    Prison Health Service, Inc.
            DEFENDANTS

LEVAN THOMAS WARDEN II, individually and in his
    official capacity as Warden II Alabama Department
    of Correctional, State of Alabama
            DEFENDANTS

SGT. JENKING, individually and in his
    official capacity as a Sgt. for the
    Department of Correctional
    State of Alabama
            DEFENDANTS

CIVIL ACTION LITIGATION BROUGHT UNDER 36-5-480
"ALABAMA MEDICAL LIABILITY ACT." 1975 NO.513 §2

Comes now the Plaintiff in the above styled cause
civil action and moves this Court to grant said litigation
and for a review of said civil litigation respectfully
show unto the Court as followed:

(1) the Plaintiff nose was broke he was refused medical
treatment and a surgery on his nose the Plaintiff
have trouble trying to breathe.

(2) Dr. Cobbler and the nurse refuse to give the Plaintiff
medical treatment, he went to shift to get help Sgt.
Jenkins slap Plaintiff in the face, warden Thomas
let the officer misused inmates.

## Deliberate Indifference

the Plaintiff is in need of serious medical health care and others has violates the Eighth Amendment. It is "unnecessary and wanton infliction of pain. Estelle v. Gamble, 429 U.S. at 104

the existence of chronic and substantial pain. Brock v. Wright, 315 F.3d 158, 162 (2d Cir. 2003).

"A serious medical need is present whenever the failure to treat a prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of pain." Clement v. Gomez, 298 F.3d 898, 904 (9th Cir. 2002).

(Intentional infliction of pain, discomfort, or risk of harm as punishment, violate the Eighth Amendment. Hope v. Pelzer, 536 U.S. 730 (2002).

Plaintiff has swollen nose painful, Pulliam v. Shelby County, 902 F.Supp. 797, 801-02

Plaintiff was denied medication by the nurse and the Doctor. treatments would have eliminate pain and suffering at least temporarily. Washington v. Dugger, 860 F.2d 1018, 1021 (11th Cir. 1988).

Boretti v. Wiscomb, 930 F.2d 1150, 1154 (6th Cir. 1991)

the Prison Officials did not provide access to adequate medical care. they show deliberate indifference to serious medical need.

Inmates of Occoquan v. Barry, 717 F.Supp. 854, 867-68 (D.D.C. 1989).

ANC v. Prison Health Services, Inc. 269 F.2d 700, 704-05 (11th Cir. 1985).

(treatment "so blatantly inappropriate mistreatment of the plaintiff it shock the conscience" constitutes deliberate indifference). medical staff treated the plaintiff like a nuisance.

Wellman v. Faulkner, 715 F.2d 269, 272, (7th Cir. 1983).

Hughes v. Joliet Correctional Center, 931 F.2d 425 (7th Cir. 1991).

Ruiz v. Estelle, 503 F.Supp. 1265, 1339 (S.D. Tex. 1980)

there was excessive use of force against the plaintiff each time he request medical treatment.

Civil Action Lawsuit.
Against the Defendant's

In this civil action the plaintiff is sueing the defendant Nurse Jones for $25000.00 Pain and Suffering $50,000 Emotional Distress.

Nurse well being sue for 25000.00 Pain and Suffering 25000.00 for punitive damage

Warden Thomas is being sued by the plaintiff for $100.000 Pain and Suffering $50.000 Punitive Damage.

Sgt. Jenkins $50,000 Pain and Suffering $25000.000 punitive damage

Doctor Cobbier $100.000 Pain and Suffans $100,000 Emotion Distress

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this foregoing civil complaint upon the Honorable John B. Bush presiding judge of the Circuit Court of Elmore County, P.O. Box 310 Wetumpka Alabama 36092-0310 by placing a copy in the prison mail box for United States Mail First Class, properly addressed postage personally paid.

Done this 29th day of June 2007 A.D.

Honorable Larry Dozier
Circuit Court Clerk
Post Office Box 310
Wetumpka, Alabama 36092-0310


Gregory Lee
AIS # 184076
F-3-14A
P.O. Box 56
Elmore, Ala. 36025-0056

Gregory Lee
#184070 A-1-14
P.O. Box 56
Elmore, Ala
95773603S

LEGAL MAIL

State of Alabama
Central Mail Ops
#3



02 1M
00042953B
MAILED FROM ZIPCODE 36104
JUL 26 2007
$ 00.580
PITNEY BOWES

United States
Middle Dist of Alabama
P.O. Box 711
Montgomery, Ala
36101-0711