MOTION AND AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS.

Comes the plaintiff and moves the court for an order granting leave to proceed in forma pauperis and in support of said motion makes the following affidavit: I, Gregory Lee, being first duly sworn, depose and say that I am the plaintiff in the above civil action that in support of my motion to proceed without being required to prepay fees, costs or security therefor, I state that because of my poverty I am unable to pay the cause of this proceeding or to give security therefor, I believe I am entitled to the redress

I am over the age of twenty-one in good sound mind and judgment to testify to the issues in this civil action as a matter of law.

Sworn to and subscribed before me this 29th day of June 2007 A.D.

I official set and seal my hand in State of Ala., County of Elmore

Gregory Lee
AFFIANT

2:07cv683-ID

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: Nov. 8, 2007

Wherefore the Premises Considered

the basis of this civil actions is that the Prison Health Service staff denied plaintiff medical care and his nose been broke and he has a problem breathing.

the basis of this civil action is that the Prison official "maliciously and sadistically" use force to cause harm to the plaintiff. Hudson v. McMillian 503 U.S. 1, 9 1992.

the basis of this civil action is that Warden Thomas Sgt. Jenkins and Nurse Well used retaliation threats and assaulted...

the basis of this civil action is that the defendant had others inmates to attack plaintiff, for writing a complaint to the Alabama Board of Nursing in Montgomery County. a copy of the reply was mail to the health care at Staton Prison.

the basis of this civil action is that the plaintiff is protected by the Fourteenth Amendment the prison official have sexually violent to come harm the plaintiff.

## Conclusion

the plaintiff respectfully request that after a preliminary examination, the court will granted this civil action and proceed under its civil rules and grant whatever the law provides in this case, and for such other relief plaintiff may be entitled.

```
JAN. 25, 2007           USER: BaKKe, TLaci                          INMADB
                     COMPUTE AVERAGE DAILY BALANCE




          ENTER THE INMATE'S AIS NUMBER ===>    184070

     ENTER THE 'AS OF' DATE (CCYYMMDD) ===>    20070101


          NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                    PRESS ENTER TO CONTINUE
```

```
JAN. 25, 2007           USER: BaKKe, TLaci                          INMADB
                     COMPUTE AVERAGE DAILY BALANCE
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 184070    NAME: LEE, GREGORY                AS OF: 10/01/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 30 | $0.07 | $2.36 |
| NOV | 30 | $2.36 | $0.00 |
| DEC | 31 | $2.36 | $0.00 |
| JAN | 31 | $2.36 | $0.00 |
| FEB | 28 | $2.36 | $0.00 |
| MAR | 31 | $2.36 | $0.00 |
| APR | 30 | $2.36 | $0.00 |
| MAY | 31 | $2.36 | $0.00 |
| JUN | 30 | $2.36 | $0.00 |
| JUL | 31 | $2.36 | $0.00 |
| AUG | 31 | $2.36 | $0.00 |
| SEP | 30 | $2.36 | $0.00 |
| OCT | 1 | $2.36 | $0.00 |

July 11, 2007

Gregory Lee #184070
P O Box 56
Elmore Al 36025

Gregory Lee:

We are in receipt of your complaint. However you failed to file your Hardship Affidavit which is required. You also may submit the filing fee of $157.00 in lieu of the Hardship Affidavit and financial report. Please submit the above mentioned along with the enclosed Petition and we will present it to the Judge for consideration.

Thank you,


Larry Dozier
Circuit Clerk of Elmore County

LD/mlt