IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2007 AUG 22  A 10:03

Plaintiff(s): Gregory Lee 184070

v.

Defendant(s):
Nurse Jones
Nurse Wells
Sgt Jenkins
Warden Thomas

Case No 2:07-CV-683 ID

I just have received the paperwork from the courts a week

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) GREGORY LEE

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Gregory Lee 184070        X GREGORY LEE
                          Plaintiff(s) signature

Gregory Lee 184070
vs
Nurse Wells, et, et

I would like this case out of Montgomery Court, and into an Atmore Court if at all possible. I just have received the paperwork from the Courts today 8-17-07 a full week after they said I was to have sent them in, The Business office.

   # Gregory Lee

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 184070     NAME: LEE, GREGORY     AS OF: 08/16/07

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS | |
|---|---|---|---|---|
| AUG | 15 | $0.00 | ~~$0.00~~ | $0.802 |
| SEP | 30 | $0.00 | $0.00 | |
| OCT | 31 | $0.00 | $0.00 | |
| NOV | 30 | $0.00 | $0.00 | |
| DEC | 31 | $0.00 | $0.00 | |
| JAN | 31 | $0.00 | $0.00 | |
| FEB | 28 | $0.00 | $0.00 | |
| MAR | 31 | $0.00 | $0.00 | |
| APR | 30 | $0.00 | $0.00 | |
| MAY | 31 | $0.00 | $0.00 | |
| JUN | 30 | $0.00 | $0.00 | |
| JUL | 31 | $0.00 | $0.00 | |
| AUG | 16 | $0.00 | $0.00 | |

Average 12 month balance     $0.00     $0.00

*Valeria Spates* (signature)
Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS ___16th___ DAY OF ___August___, 2007.

___Elaine Braddock___ (signature), Notary Public
My Commission Expires Oct. 25, 2008

Gregory Lee # 184070 I-Dorm 61-A
Fountain 3800
Atmore, AL 36503

LEGAL

Office of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

