IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY LEE, #184 070       *

   Plaintiff,                *

     v.                       *       2:07-CV-683-ID

NURSE JONES, *et al.*,      *

   Defendants.               *

_____

**O R D E R**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered August 17, 2007 (Doc. No. 4) be and is hereby VACATED

Done, this 27th day of August 2007.

                     /s/ Wallace Capel, Jr.
                     WALLACE CAPEL, JR.
                     UNITED STATES MAGISTRATE JUDGE