Gregory Kenneth Lee     *     2:07-CV-683-ID

    Plaintiff     *     (WO)

    V.     *

Nurse Jones, et al,     *

    Defendents     *

## Motion to transfer petition

I do indeed want this to be transferred to the Circuit Court for Elmore County AL, pursuant to the Alabama Medical Liability Act.

Respectfully Submitted

*Gregory Lee*
Gregory Lee #184070

Dated: August 23, 2007

RECEIVED 2007 AUG 28 A 9:23 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Mr. Gregory Lee #184070
Dorm I Bed 6 #A
Fountain-3800
Atmore, AL.
36503

**LEGAL**

36101+0711

United States District
Court Middle District of Alabama
P.O. Box 711
Montgomery, AL.
36101-0711



$00.41
AUG 27 2007
MAILED FROM ZIP CODE 36502

Gregory Lee 184070

vs

Nurse Wells
Nurse Jones

This is to say that on this date 6-27-07 one nurse Wells assaulted me in the law library at 7:43 a.m. Mrs. Wells came to me and told me to sit down because the Dr. sent her to draw blood from me. Nurse Wells drew the blood and while the needle was still in my arm she slapped me across the face. The needle fell from my arm and landed on the floor. She picked it up and I advised her that I wanted a new one because she was going to use it to finish drawing the blood and I was against it because of the possibility of germs. She used it anyway. I asked to speak to Sgt. Harris who then took me to the infirmery. Sgt. Harris then called Warden Thomas who told Sgt. Harris to write up an incident report. After the report was written I was told to leave and I went back to my dorm when at 2:00 pm which was shift change Sgt. Jenkins came on duty and Mrs. Wells spoke to him about said incident. He then came and confronted me

and told me to drop the complaint against Mrs. Wells and if I did not he would slap me in the face. He then told me he did not want to see me on the hall anymore that night. That is all.

Signed
Gregory Lee 184070