IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GREGORY LEE, #184 070 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-683-ID |
| NURSE JONES, *et al.*, | * | |
| Defendants. | * | |

_____

## ORDER ON MOTION

Pending before the court is Plaintiff's motion to transfer the above-captioned action to the Circuit Court for Elmore County. By Recommendation of the Magistrate Judge entered August 27, 2007 the court, among other things, directed the Clerk to return to Plaintiff the original complaint and application for *in forma pauperis* status which he inadvertently filed with this court so that he may take those steps necessary to file these pleadings in the appropriate state court.  The court cannot effect a transfer of this case to state court on Plaintiff's behalf. Accordingly, it is

ORDERED that Plaintiff's motion to transfer complaint (Doc. No. 8) be and is hereby DENIED.

Done, this 29th day of August 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE