IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070        ) | |
| ) | |
| Plaintiff,     ) | |
| ) | Civil Action No. 2:07cv683-ID |
| v.                 ) | |
| ) | |
| ) | |
| ) | |
| NURSE JONES, *et al.*,        ) | |
| ) | |
| Defendants.    ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 27, 2007 (Doc. No. 7), said Recommendation is hereby adopted, and it is CONSIDERED, ORDERED and ADJUDGED that the above-styled case be and the same is hereby DISMISSED without prejudice.

The Clerk is DIRECTED to return to Plaintiff his original complaint and application to proceed without prepayment of fees which he filed with the court on July 27, 2007 (Doc. Nos. 1 & 2), so that Plaintiff may take those steps necessary to file these pleadings in the appropriate state court. The Clerk shall make a copy of Document Numbers 1 & 2 for the court's file.

Done this 17th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE