IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | Civil Action No. 2:07cv683-ID |
| v.      ) | |
| ) | |
| ) | |
| NURSE JONES, *et al.*,      ) | |
| ) | |
| Defendants.      ) | |

**ORDER**

Pursuant to the court's order entered on September 17, 2007 (Doc. No. 10), it is CONSIDERED and ORDERED that Plaintiff's application to proceed without prepayment of fees in this court is hereby DENIED as moot.

Done this 24th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE